EXHIBIT 5

LETTER FROM THE WYATT WARDEN DANIEL MARTIN

# CENTRAL FALLS
## DETENTION FACILITY CORPORATION

September 30, 2020

Attorney Stanley W. Norkunas
11 Kearney Square #202
Lowell, MA 01852

Re: Calderon, Angel
Reg: 02018-138

Dear Mr. Norkunas,

Please be advised that Detainee Angel Calderon was received at the Wyatt Detention Facility on December 5 2019 for the United States Marshals Service-Massachusetts on a Drugs/Distribution for resale charge.

While being held at this facility Mr. Calderon has received two disciplinary infractions.

Mr. Calderon has been very helpful with various cleaning and painting details to prepare the facility for its upcoming Audits.

Mr. Calderon has successfully participated and completed Criminal Lifestyles, Adjustment to Incarceration, Anger Management and Living with Others.

If you should have any questions or concerns feel free to contact my Office at (401)729-1190

Sincerely,

Daniel W. Martin
Warden

DWM/ab

cc:   Records
      Calderon, Angel 02018-138, C-17

# CERTIFICATE of COMPLETION

PRESENTED TO

## ANGEL CALDERON

HAS SUCCESSFULLY COMPLETED THE

*Criminal Lifestyles*

At The Donald W. Wyatt Detention Facility

KRISTEN DAMASO
Programs Director

May 2020

# CERTIFICATE of COMPLETION

PRESENTED TO

## ANGEL CALDERON

HAS SUCCESSFULLY COMPLETED THE

*Adjustment to Incarceration*

At The Donald W. Wyatt Detention Facility



KRISTEN DAMASO
Programs Director

May 2020

# CERTIFICATE of COMPLETION

PRESENTED TO

## ANGEL CALDERON

HAS SUCCESSFULLY COMPLETED THE

*Anger Management*

At The Donald W. Wyatt Detention Facility

KRISTEN DAMASO
Program Director

July 2020

# CERTIFICATE of COMPLETION

PRESENTED TO

## ANGEL CALDERON

HAS SUCCESSFULLY COMPLETED THE

*Living with Others*

At The Donald W. Wyatt Detention Facility





KRISTEN DAMASO
Programs Director

July 2020