# EXHIBIT 6

## LETTER FROM THE WYATT PROJECT COORDINATOR KRISTEN DAMASO

# CENTRAL FALLS
## DETENTION FACILITY CORPORATION

October 16, 2020

Kristen Damaso
Project Aware Coordinator
Donald W. Wyatt Detention Facility
950 High Street
Central Falls, RI 02863

RE: Detainee Angel Calderon

To Whom It May Concern:

The Donald W. Wyatt Detention Facility offers a Project Aware Program that targets teenage children between the ages of 14-18. The program is designed to dissuade the youth population from negative peer pressure, and discourage activities that could lead to drug or alcohol abuse, violence, or criminal behavior. Classroom truancy, disobedience, disrespect, and the belief that they "already know all the answers" are topics that are discussed. Gang activity and "hanging with the wrong crowd" are also addressed. The detainees also discuss every day prison life, and are available for questions about a variety of topics. The detainees are particularly chosen and screened to participate in the presentation, with attention being paid to their charges, their willingness to participate consistently, and their ability to speak in front of a crowd as large as twenty five people.

It has been a pleasure to have Angel Calderon on the Project Aware team. While on the team, he was an integral part of the program's success. He was an asset to the program and has made a difference in each presentation to the high school and college students that visit the facility each tour. Detainee Calderon has donated his time and effort to the program making it a better presentation. The detainees participating in this program are hand-picked and must show a dedication and belief in the programs' goals. They receive no compensation for their efforts other than the satisfaction of possibly having made a difference in a youth's life that would help them make better choices.

Through the dedication and resolve to bring the students a powerful message, Detainee Calderon has exhibited that he cares about today's youth and the hard choices they face on a daily basis. We thank him for his time, effort, and dedication to the programs' goals.

Sincerely,

*[signature]*

Kristen Damaso
Program Director
Project Aware Coordinator