# EXHIBIT 2

# LETTERS FROM STAFF AT THE

# DONALD W WYATT CORRECTIONAL CENTER

# CENTRAL FALLS
# DETENTION FACILITY CORPORATION

October 16, 2020

Kristen Damaso
Project Aware Coordinator
Donald W. Wyatt Detention Facility
950 High Street
Central Falls, RI 02863

RE: Detainee Angel Calderon

To Whom It May Concern:

The Donald W. Wyatt Detention Facility offers a Project Aware Program that targets teenage children between the ages of 14-18. The program is designed to dissuade the youth population from negative peer pressure, and discourage activities that could lead to drug or alcohol abuse, violence, or criminal behavior. Classroom truancy, disobedience, disrespect, and the belief that they "already know all the answers" are topics that are discussed. Gang activity and "hanging with the wrong crowd" are also addressed. The detainees also discuss every day prison life, and are available for questions about a variety of topics. The detainees are particularly chosen and screened to participate in the presentation, with attention being paid to their charges, their willingness to participate consistently, and their ability to speak in front of a crowd as large as twenty five people.

It has been a pleasure to have Angel Calderon on the Project Aware team. While on the team, he was an integral part of the program's success. He was an asset to the program and has made a difference in each presentation to the high school and college students that visit the facility each tour. Detainee Calderon has donated his time and effort to the program making it a better presentation. The detainees participating in this program are hand-picked and must show a dedication and belief in the programs' goals. They receive no compensation for their efforts other than the satisfaction of possibly having made a difference in a youth's life that would help them make better choices.

Through the dedication and resolve to bring the students a powerful message, Detainee Calderon has exhibited that he cares about today's youth and the hard choices they face on a daily basis. We thank him for his time, effort, and dedication to the programs' goals.

Sincerely,

*[signature]*

Kristen Damaso
Program Director
Project Aware Coordinator

# CENTRAL FALLS
# DETENTION FACILITY CORPORATION

July 29, 2021

Attorney Stanley Norkunas
11 Kearney Square
Howe Bldg.
Lowell, MA  01852

Re:  Calderon, Angel
    D.O.B   6/5/92
    USMS#   02018-138

Dear Attorney Norkunas

Please be advised, Mr. Calderon was received at the Donald W. Wyatt Detention Facility on December 5, 2019.  He is being held for the United States Marshals Service, District of Massachusetts

Since being held at this facility, Mr. Calderon attends Bible study and has earned various certificates by completing programs offered by the facility.  The programs include: (1) Adjustment to Incarceration, (2) Anger Management, (3) Living with Others, (4) Criminal Lifestyles, and (5) ServSafe.

The Mental Health programs he has completed are:  (1) Substance Abuse, (2) Anger Management, (3) Violence Reduction, (4) Mental Health Awareness, (5) Victim Impact, (6) Problem Solving, (7) Cognitive Behavioral Therapy, (8) Dialectical Behavioral Therapy, (9) Impulsivity, (10) Decision Making, (11) Depression, (12) Anxiety, (13) Taking a Chance on Change, (14) Leadership Skills, (15) Covid-19 Workbook, (16) Treatment planning, and (17) Adjustment to Incarceration.

He is currently participating in the Detainee Worker Program, he started as a Kitchen worker but is now working as a Pod Runner worker. Mr. Calderon demonstrates excellent work ethic and a positive attitude.

Mr. Calderon is in receipt of four (4) disciplinary infractions, the first disciplinary infraction he received on March 10, 2020 he received 28 days for causing a disruption and refusing to obey an order, his second was received on June 13, 2020 he received 25 days for a fight or having mutual contact, his third infraction was received on November 2, 2020 he received 15 days for conduct which disrupts the security and interfering with a staff member and his last infraction was recived on January 26, 2021 he was found guilty for not wearing a mask and received suspended time for 3 months.  Since his last disciplinary infraction he has continued to remain respectful towards staff and peers.

Attached are a copies of some certificates he has earned while being held at the facility.

If you should have any questions feel free to contact my office at (401)721-0313.

Sincerely,

*[signature]*

Daniel W, Martin
Warden

DWM/ab

# CENTRAL FALLS
# DETENTION FACILITY CORPORATION

August 16, 2021

Attorney Stanley Norkunas
11 Kearney Square, #202
Lowell, MA 01852-1940

Re: Calderon, Angel
    D.O.B   6/5/92
    USMS#  02018-138

Dear Attorney Norkunas,

Please be advised, this is an updated letter for Mr. Calderon, he was received at the Donald W. Wyatt Detention Facility on December 5, 2019. He is being held for the United States Marshals Service, District of Massachusetts

Since being held at this facility, Mr. Calderon attends Bible study and has earned various certificates by completing programs offered by the facility. The programs include: (1) Adjustment to Incarceration, (2) Anger Management, (3) Living with Others, (4) Criminal Lifestyles, and (5) ServSafe.

The Mental Health programs he has completed are: (1) Substance Abuse, (2) Anger Management, (3) Violence Reduction, (4) Mental Health Awareness, (5) Victim Impact, (6) Problem Solving, (7) Cognitive Behavioral Therapy, (8) Dialectical Behavioral Therapy, (9) Impulsivity, (10) Decision Making, (11) Depression, (12) Anxiety, (13) Taking a Chance on Change, (14) Leadership Skills, (15) Covid-19 Workbook, (16) Treatment planning, and (17) Adjustment to Incarceration.

He is currently participating in the Detainee Worker Program, he started as a Kitchen worker but is now working as a Pod Runner worker. Mr. Calderon demonstrates excellent work ethic and a positive attitude.

Mr. Calderon is in receipt of three (3) disciplinary infractions, the first disciplinary infraction he received on March 10, 2020 he received 28 days for causing a disruption and refusing to obey an order, his second was received on June 13, 2020 he received 25 days for a fight or having mutual contact, his third infraction was received on November 2, 2020 he received 15 days for conduct which disrupts the security and interfering with a staff. Since his last disciplinary infraction he has continued to remain respectful towards staff and peers.

Attached are a copies of some certificates he has earned while being held at the facility.

If you should have any questions feel free to contact my office at (401)721-0313.

Sincerely,

Daniel W, Martin
Warden

DWM/ab

# CENTRAL FALLS
# DETENTION FACILITY CORPORATION

December 8, 2021

Attorney Stanley Norkunas
11 Kearney Square, #202
Lowell, MA 01852-1940

Re: Calderon, Angel
    D.O.B    6/5/92
    USMS#   02018-138

Dear Attorney Norkunas,

Please be advised, this is an updated letter for Mr. Calderon, he was received at the Donald W. Wyatt Detention Facility on December 5, 2019. He is being held for the United States Marshals Service, District of Massachusetts

Since being held at this facility, Mr. Calderon attends Bible study and has earned various certificates by completing programs offered by the facility. The programs include: (1) Adjustment to Incarceration, (2) Anger Management, (3) Living with Others, (4) Criminal Lifestyles, and (5) ServSafe.

The Mental Health programs he has completed are: (1) Substance Abuse, (2) Anger Management, (3) Violence Reduction, (4) Mental Health Awareness, (5) Victim Impact, (6) Problem Solving, (7) Cognitive Behavioral Therapy, (8) Dialectical Behavioral Therapy, (9) Impulsivity, (10) Decision Making, (11) Depression, (12) Anxiety, (13) Taking a Chance on Change, (14) Leadership Skills, (15) Covid-19 Workbook, (16) Treatment planning, and (17) Adjustment to Incarceration.

He is currently participating in the Detainee Worker Program, he started as a Kitchen worker but is now working as a Pod Runner worker. Mr. Calderon demonstrates excellent work ethic and a positive attitude.

While Mr. Calderon had some issues in the beginning of his incarceration, he has done very well adjusting and creating positive changes and has demonstrated very good behavior with both the Staff and Detainees.

Attached are a copies of some certificates he has earned while being held at the facility.

If you should have any questions feel free to contact my office at (401)721-0313.

Sincerely,

Daniel W, Martin
Warden

DWM/ab